# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis Galvez-Lopez,<br>a.k.a.: Jose Luis Galvez,<br>(A070 091 716)<br>*Defendant* | ) ) ) ) ) ) ) Case No. 17- 7394 MJ |

DM: 7/22/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 21, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Luis Galvez-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about July 9, 2004, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 24, 2017

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 21, 2017, Jose Luis Galvez-Lopez was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Galvez-Lopez was examined by ICE Officer B. Fitzgerald who determined Galvez-Lopez to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On July 22, 2017, Galvez-Lopez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Galvez-Lopez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Luis Galvez-Lopez to be a citizen of Mexico and a previously deported criminal alien. Galvez-Lopez was removed from the United States to Mexico through San Ysidro, California, on or about July 9, 2004,

pursuant to an order of removal issued by an immigration judge. There is no record of Galvez-Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Galvez-Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Luis Galvez-Lopez was convicted of Illegal Reentry After Deportation, a felony offense, on June 22, 1999, in the United States District Court, District of Nebraska. Galvez-Lopez was sentenced to seventy-one (71) months' imprisonment and three (3) years' supervised release. Galvez-Lopez's criminal history was matched to him by electronic fingerprint comparison.

5. On July 22, 2017, Jose Luis Galvez-Lopez was advised of his constitutional rights. Galvez-Lopez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 21, 2017, Jose Luis Galvez-Lopez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about July 9, 2004, and not having obtained

the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 24th day of July, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge